

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

www.windisability.com
1-888-WIN-SSDI

MEMO ENDORSED

*Document Electronically Filed*
Hon. Andrew L. Carter, Jr.
United States Magistrate Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

March 17, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/3/26 _____

Re:    Soricelli v. Commissioner of Social Security
       Docket No: 1:25-cv-07427-ALC

Hon. Judge Carter:

This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to file Plaintiff's Brief in this matter, to April 20, 2026. Plaintiff's Brief is currently due on March 23, 2026; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between March 13 and May 20, 2026, staff in Counsel's office have two hundred and thirty-seven (237) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

Plaintiff's counsel has contacted Defense Counsel, who kindly consents to this request and has agreed to the briefing schedule below. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This is Plaintiff's first request for an extension of time.

If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before May 22, 2026;**
- **Defendant's Brief is due on or before July 21, 2026; and**
- **Plaintiff's Reply Brief, if any, is due on or before August 4, 2026.**

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL  32817

Telephone: 315-701-5780, Fax: 315-701-5781

www.windisability.com
1-888-WIN-SSDI

Thank you for your consideration.

Respectfully submitted,

*/s/ Howard D. Olinsky*

Howard D. Olinsky, Esq.
Counsel for Plaintiff

CC [via ECF]: Padma Ghatage, Esq., Attorney for Defendant

**SO ORDERED.**

Dated: 4/3/26

**U.S. District Court Judge**