Olinsky Law Group®
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

*Document Electronically Filed*                    May 22, 2026
Hon. Andrew L. Carter, Jr.
United States Magistrate Judge
United States District Court for the
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    Soricelli v. Commissioner of Social Security
              <u>Docket No: 1:25-cv-07427-ALC</u>

Hon. Judge Carter:

This letter respectfully requests an extension of time of four (4) days for Plaintiff to file Plaintiff's Brief in this matter, to May 26, 2026. Plaintiff's Brief is currently due on May 22, 2026; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

Counsel requests this extension due to the assigned writer's post-procedure symptoms. The writer underwent a minor medical procedure on Monday and is unexpectedly still recovering. These circumstances do not allow Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

Plaintiff's counsel has contacted Defense Counsel, who kindly consents to this request and has agreed to the briefing schedule below. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This is Plaintiff's first request for an extension of time.

If Plaintiff's request is granted, the new briefing schedule would be:

- **<u>Plaintiff's Brief is due on or before May 26, 2026;</u>**
- **<u>Defendant's Brief is due on or before July 25, 2026; and</u>**
- **<u>Plaintiff's Reply Brief, if any, is due on or before August 9, 2026.</u>**

Thank you for your consideration.

                    Respectfully submitted,

                    */s/ Howard D. Olinsky*
                    Howard D. Olinsky, Esq.
                    Counsel for Plaintiff



250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL  32817

Telephone: 315-701-5780, Fax: 315-701-5781

www.windisability.com
1-888-WIN-SSDI

CC [via ECF]: Padma Ghatage, Esq., Attorney for Defendant

**SO ORDERED.**

Dated:   5/26/26

Andrew L. Carter, Jr.
United States District Judge